1  TONI H. WHITE (SBN 210119)
   ATTORNEY AT LAW
2  11930 Heritage Oak Place, Suite 6
   Auburn, CA  95603
3  Telephone:  (530) 885-6244
   Facsimile:   (530) 885-8245
4

5  Attorney for Defendant
   BRAD WARD
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | CASE NO. 2:15-CR-00131 TLN
12 |                  Plaintiff,       | **PROPOSED** ORDER
13 | v.                                |
14 | VALDEZ-TORRES et al,              |
15 |                  Defendants.      |

16

17 IT IS HEREBY ORDERED THAT Brad Ward be released from the Nevada County Jail on

18 Saturday, June 25, 2016, at 10:00 a.m. to the custody of Robert Hessee, investigator for Mr. Ward's

19 attorney, Toni White.

20

21 IT IS FURTHER ORDERED that Robert Hessee transport Mr. Ward directly, without stopping, to

22 the wake occurring at his family's home located at 6304 Westbrook Drive in Citrus Heights.

23

24 IT IS FURTHER ORDERED that Robert Hessee remain at the wake with Mr. Ward in his presence

25 at all times.

26

27

28

IT IS FURTHER ORDERED that Robert Hessee return Mr. Ward to Nevada County jail no later than 6:00 p.m. on June 25, 2016 by transporting Mr. Ward directly from the family wake to Nevada County jail without any stops in between.

IT IS FURTHER ORDERED that Mr. Ward consume no drugs or alcohol during his time at the family wake and that he report any law violations or violations of this order.

**ORDER**

IT IS SO FOUND AND ORDERED this 24th day of June, 2016.

_____
Hon. Edmund F. Brennan
United States Magistrate Judge