| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | SAMUEL WONG |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | CASE NO. 2:15-CR-131-TLN |
| | Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE HEARING DATE AS TO **DEFENDANT BRADLEY GENE WARD ONLY** AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| | v. | |
| JOSE MANUEL VALDEZ-TORRES, ET AL., | | |
| | Defendants. | Court: Hon. Troy L. Nunley |

Whereas, defense counsel Toni White, Esq., for defendant Bradley Gene Ward desires additional time to allow her to attempt to resolve pretrial this prosecution as defense counsel needs to: (1) review scores of telephone conversations, some of which are in Spanish language and others in the English language and often in alleged code, related to alleged multiple drug transactions; (2) review Sentencing Guidelines calculations applicable to her client; and (3) explain the ramifications and consequences of accepting vs. rejecting the plea offer made to her client,

It is hereby stipulated and agreed by, and between, the United States, on the one hand, and defendant Bradley Gene Ward, on the other hand, through their respective counsel that:

1. The presently set October 5, 2017, status conference hearing as to defendant Bradley Gene Ward only shall be continued to November 9, 2017, at 9:30 a.m.

2. The Court shall find that the denial of the requested continuance would deny counsel for

1

defendant Bradley Gene Ward reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The Court shall find that the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant Bradley Gene Ward in a speedy trial.

5. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the Court shall exclude time from the date of the parties' stipulation, October 3, 2017, until the proposed November 9, 2017, status conference date from computation of time within which the trial of this matter must be commenced to allow defense counsel time to prepare her client's defense.

DATED: October 3, 2017
PHILLIP A. TALBERT
United States Attorney

By: /s/ Samuel Wong

SAMUEL WONG
Assistant United States Attorney

DATED: October 3, 2017

By: /s/ Toni White

TONI WHITE
Attorney for defendant
Bradley Gene Ward

ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

1. The denial of the requested continuance would deny counsel for defendant Bradley Gene Ward the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. The ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant Bradley Gene Ward in a speedy trial.

Therefore, it is hereby ORDERED that:

1. The presently set October 5, 2017, status conference hearing be continued to November 9, 2017, at 9:30 a.m. for defendant Bradley Gene Ward only.

2. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) and Local Code T4, time is excluded from the date of the parties' stipulation, October 3, 2017, until the proposed November 9, 2017, status conference hearing date from computation of time within which the trial of this matter must be commenced to allow defense counsel time to prepare defendant Bradley Gene Ward's defense.

DATED: October 3, 2017

Troy L. Nunley
United States District Judge