1  PHILLIP A. TALBERT
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2772
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8            IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            CASE NO.  2:15-CR-131-TLN

12                     Plaintiff,       STIPULATION AND ORDER CONTINUING
                                        STATUS CONFERENCE HEARING DATE AS TO
13              v.                      **DEFENDANT BRADLEY GENE WARD ONLY**
                                        AND EXCLUDING TIME UNDER THE SPEEDY
14 JOSE MANUEL VALDEZ-TORRES, ET AL.,   TRIAL ACT

15                     Defendants.
                                        Court:  Hon. Troy L. Nunley
16

17

18       Whereas, defense counsel Toni White, Esq., for defendant Bradley Gene Ward desires additional

19 time to allow her to attempt to resolve pretrial this prosecution as defense counsel needs to:  (1) review

20 scores of telephone conversations, some of which are in Spanish language and others in the English

21 language and often in alleged code, related to alleged multiple drug transactions; (2) review Sentencing

22 Guidelines calculations applicable to her client; and (3) explain the ramifications and consequences of

23 accepting vs. rejecting the plea offer made to her client,

24       It is hereby stipulated and agreed by, and between, the United States, on the one hand, and

25 defendant Bradley Gene Ward, on the other hand, through their respective counsel that:

26       1.      The presently set November 9, 2017, status conference hearing as to defendant Bradley

27 Gene Ward only shall be continued to November 16, 2017, at 9:30 a.m.

28       2.      The Court shall find that the denial of the requested continuance would deny counsel for

                                        1

defendant Bradley Gene Ward reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       3.     The Court shall find that the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant Bradley Gene Ward in a speedy trial.

       5.     Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, the Court shall exclude time from the date of the parties' stipulation, November 7, 2017, until the proposed November 16, 2017, status conference date from computation of time within which the trial of this matter must be commenced to allow defense counsel time to prepare her client's defense.

DATED:  November 7, 2017                PHILLIP A. TALBERT
                                       United States Attorney

                                       /s/ Samuel Wong
                      By:
                                       SAMUEL WONG
                                       Assistant United States Attorney

DATED:  November 7, 2017

                                       /s/ Toni White
                      By:
                                       TONI WHITE
                                       Attorney for defendant
                                       Bradley Gene Ward

ORDER

Pursuant to stipulation of respective counsel for the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety as its ORDER.

The Court hereby finds that:

1. The denial of the requested continuance would deny counsel for defendant Bradley Gene Ward the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. The ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant Bradley Gene Ward in a speedy trial.

Therefore, it is hereby ORDERED that:

1. The presently set November 9, 2017, status conference hearing be continued to November 16, 2017, at 9:30 a.m. for defendant Bradley Gene Ward only.

2. Pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) and Local Code T4, time is excluded from the date of the parties' stipulation, November 7, 2017, until the proposed November 16, 2017, status conference hearing date from computation of time within which the trial of this matter must be commenced to allow defense counsel time to prepare defendant Bradley Gene Ward's defense.

DATED: November 7, 2017

Troy L. Nunley
United States District Judge